**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARGARET SUE CANTRELL,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:13-CV-4322-L** |
| | § | |
| **DR. PRISCILLA HOLLANDER,** | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Before the court is Margaret Sue Cantrell's ("Plaintiff") Application to Proceed In Forma Pauperis (Doc. 5), filed October 28, 2013. The case was referred to Magistrate Judge Irma C. Ramirez, who entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), on November 15, 2013, recommending that the court deny Plaintiff's application and dismiss Plaintiff's case without prejudice for failure to prosecute or follow court orders. No objections to this report were filed.

On October 28, 2013, Plaintiff filed this action and submitted her application to proceed in forma pauperis. On the same day, the magistrate judge ordered Plaintiff to pay the $400 filing fee. If Plaintiff did not pay the fee within fourteen days, the magistrate judge stated that she would recommend that leave to proceed in forma pauperis be denied and that the case be dismissed. Plaintiff has not paid the fee or filed any additional documents in this case.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **accepts** the magistrate judge's findings and conclusions. Accordingly, the court **denies** Plaintiff's application to proceed in forma pauperis and **dismisses**

Order - Page 1

**without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to follow a court order.

   **It is so ordered** this 18th day of December, 2013.


Sam A. Lindsay
United States District Judge

**Order - Page 2**